CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUL 20 2007
JOHN F. CORCORAN, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **MARK KEVIN MAYES,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:07CV00132** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **By: Hon. Jackson L. Kiser** |
| **Respondent.** | ) | **Senior United States District Judge** |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that Respondent's Motion to Dismiss is **DENIED** as to claims (2) and (3) and **GRANTED** as to all other claims.

It is further **ORDERED** that this matter shall be and hereby is **REFERRED** to the Hon. Michael F. Urbanski, United States Magistrate Judge for the Western District of Virginia, pursuant to 28 U.S.C. § 636(b)(1)(B), to conduct any or all proceedings that may arise in this civil action, including an evidentiary hearing on the aforementioned claims raised in the § 2255 Motion, and to submit to the court a report setting forth appropriate findings of fact, conclusions of law, and a recommended disposition.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to Petitioner.

**ENTER:** This 20th day of July, 2007.

[signature: Jackson L. Kiser]
Senior United States District Judge